## A94A1254. FULLER ENTERPRISES, INC. v. HARDIN CONSTRUCTION GROUP, INC.
### (467 SE2d 613)

RUFFIN, Judge.

In accordance with the judgment of the Supreme Court in *Hardin Constr. Group v. Fuller Enterprises*, 265 Ga. 770 (462 SE2d 130) (1995), the decision of this Court in *Fuller Enterprises v. Hardin Constr. Group*, 215 Ga. App. 549 (451 SE2d 483) (1994), is reversed, and the judgment of the trial court is hereby affirmed.

*Judgment affirmed. Birdsong, P. J., and Blackburn, J., concur.*

DECIDED JANUARY 26, 1996.

*Sonja L. Salo*, for appellant.

*Smith & Fleming, Robert O. Fleming, Jr.*, for appellee.